IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY DENNIS | : | CIVIL ACTION |
| v. | : | |
| M. FARRELL, et al. | : | NO. 13-5506 |

## ORDER

AND NOW, this 30th day of December, 2013, upon consideration of petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1), and the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated December 4, 2013, it is **ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated December 4, 2013, is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state remedies; and

3. A certificate of appealability will not issue because reasonable jurists would not debate this Court's procedural ruling as required under 28 U.S.C. § 2253(c)(2). See Slack v. McDaniel, 529 U.S. 473, 484 (2000).

BY THE COURT:

_____
TIMOTHY J. SAVAGE,    J.